**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>NICOLE M SEDDON | Case No. 14-23708JAD |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>CITIBANK NA(*)++ | Document No __ |
| Respondents | |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The trustee has received notice from creditor that the payee address listed on the proof of claim may no longer be valid

| | |
|---|---|
| CITIBANK NA(*)++<br>4740 121ST ST<br>URBANDALE, IA 50323 | Court claim# 7/Trustee CID# 7 |

The Movant further certifies that on 09/10/2019 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| DEBTOR(S):<br>NICOLE M SEDDON, 2403 HIGH OAK DRIVE, PITTSBURGH, PA  15220 | DEBTOR'S COUNSEL:<br>FRANCIS E CORBETT ESQ, MITCHELL BUILDING - 707, 304 ROSS ST, PITTSBURGH, PA  15219 |
|---|---|
| ORIGINAL CREDITOR:<br>CITIBANK NA(*)++, 4740 121ST ST, URBANDALE, IA  50323 | :<br>CITIBANK NA**, BANKRUPTCY NOTICING CENTER, 701 E 60TH ST N, SIOUX FALLS, SD  57117 |
| NEW CREDITOR: | |