## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | ) Case No. 14-23708-JAD |
| | ) |
| **Nicole M. Seddon,** | ) Chapter 13 |
| | ) |
| Debtor, | ) Document No. |
| | ) Related to Doc. No. 96 |
| **Francis E. Corbett,** | ) |
| | ) Hearing Date: 11/27/19 11:00 a.m. |
| Applicant. | ) |
| | ) Response Due: 11/15/19 |
| | ) |

### Certification of No Objection Regarding
### Application for Compensation– Document No. 96

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application for Compensation filed on October 25, 2019, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Hearing, objections to the Application were to be filed and served no later than November 15, 2019.

It is hereby respectfully requested that the Order attached to the Application for Compensation be entered by the Court.

Dated: 11/18/19         /s/ Francis E. Corbett
                        Francis E. Corbett, Esquire, PA I.D. #37594
                        **fcorbett@fcorbettlaw.com**
                        **Mitchell Building - 707**
                        **304 Ross Street**
                        **Pittsburgh, PA  15219**
                        **(412) 456-1882**