**DEFAULT O/E JAD**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | ) Case No. 14-23708-JAD |
| | ) |
| **Nicole M. Seddon,** | ) Chapter 13 |
| | ) |
| Debtor, | ) Document No. 96 |
| | ) |
| **Francis E. Corbett,** | ) |
| | ) Hearing Date: 11/27/19 11:00 a.m. |
| Applicant. | ) |
| | ) Response Due: 11/15/19 |
| | ) |

FILED
11/21/19 11:40 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## ORDER OF COURT

**AND NOW,** this  21st  day of  November , 2019, on the Application of Francis E. Corbett, Counsel for the Debtor, it is hereby Ordered that attorney fees in the amount of $4,590.00 and costs of $310.00 are approved. After credit for the total payments of $4,310.00, the Trustee is to distribute the balance of $500.00 from available funds.

By the Court:

_____ jsf
**Jeffery A. Deller**
**United States Bankruptcy Judge**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Nicole M. Seddon  
    Debtor

Case No. 14-23708-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: aala    Page 1 of 1    Date Rcvd: Nov 21, 2019  
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2019.  
jdb          +Nicole M. Seddon,   2403 High Oak Drive,   Pittsburgh, PA 15220-3916

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2019 at the address(es) listed below:  
         Francis E. Corbett    on behalf of Joint Debtor Nicole M. Seddon fcorbett@fcorbettlaw.com,  
          fcorbett7@gmail.com  
         James Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com  
         Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,  
          cnoroski@grblaw.com  
         Jerome B. Blank    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com  
         Kevin M Buttery    on behalf of Creditor    Ditech Financial LLC kbuttery@rascrane.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,  
          ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         Sindi Mncina    on behalf of Creditor    Ditech Financial LLC smncina@rascrane.com  
                                                                                               TOTAL: 9