Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Nicole M. Seddon**
Debtor(s)

Bankruptcy Case No.: 14−23708−JAD

Chapter: 13
Docket No.: 111 − 110

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

**AND NOW,** this The 30th of January, 2020, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 3/6/20.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **3/18/20 at 11:00 AM in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **3/6/20.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania

In re:                                                             Case No. 14-23708-JAD
Nicole M. Seddon                                                   Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: jfur              Page 1 of 2           Date Rcvd: Jan 30, 2020
                              Form ID: 408            Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2020.
jdb            +Nicole M. Seddon,    2403 High Oak Drive,    Pittsburgh, PA 15220-3916
r              +Frankie Jo Kunselman,    Howard Hanna Real Estate Services,    180 Fort Couch Road,
                 Pittsburgh, PA 15241-1041
cr             +New Residential Mortgage LLC,    P.O. Box 9013,   Addison, TX 75001-9013
cr              NewRez LLC d/b/a Shellpoint Mortgage Servicing,    PO Box 10826,   Greenville, SC  29603-0826
cr              eCAST Settlement Corporation,    POB 29262,   New York, NY  10087-9262
13920851        American Education Services,    PO Box 2461,   Harrisburg, Pennsylvania 17105-2461
14829134       +Bank of America, N.A.,    P.O. Box 31785,    Tampa, FL 33631-3785
13920852        Best Buy,    PO Box 780443,    St. Louis , Missouri 63179
13920853        Chase Freedom,    PO Box 15153,   Wilmington, Delaware 19886-5153
13920854        CitiCards,    PO Box 6062,   Sioux Falls, South Dakota 57117-6062
13976039       +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
13979931       +Credit First NA,    PO Box 818011,   Cleveland, OH 44181-8011
13920855        Credit First, NA,    PO Box 81344,   Cleveland, OH 44188-0344
13920856        Department of Education Loan Services,    PO Box 74051,   Atlanta, GA 30374-0351
13973494        ECAST SETTLEMENT CORPORATION, ASSIGNEE,    OF CITIBANK, N.A.,   POB 29262,
                 NEW YORK, NY 10087-9262
13938425       ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit Company LLC,    P. O. Box 62180,
                 Colorado Springs, CO 80962)
13920860        Ford Credit,    PO Box 220564,   Pittsburgh, Pennsylvania 15257-2564
13979722       +National Collegiate Student Loan Trust-2006-2,    Po Box 4275,   Norcross, GA 30091-4275
15184852        NewRez LLC d/b/a Shellpoint Mortgage,    Servicing,   PO Box 10826,
                 Greenville, South Carolina 29603-0826
13920864        Old Navy Vise/Syncb,    PO Box 960017,    Orlando, FL 32896-0017
13960085       +Pittsburgh Water & Sewer Authority,    c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bankruptcy.bnc@ditech.com Jan 31 2020 03:15:24     Ditech Financial LLC,
                 Ditech Financial LLC,    1400 Turbine Drive Suite 200,   Rapid City, SD  57703,   US 57703-4719
13920857        E-mail/PDF: gecsedi@recoverycorp.com Jan 31 2020 03:18:06     Dick's Sporting Goods,
                 Synchrony Bank/DSG,    PO Box 960012,   Orlando, FL 32896-0012
13923142        E-mail/Text: mrdiscen@discover.com Jan 31 2020 03:15:14     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,   New Albany, OH  43054-3025
13920858        E-mail/Text: mrdiscen@discover.com Jan 31 2020 03:15:14     Discover Card,   PO Box 6103,
                 Carol Stream, Illinois 60197-6103
13924940       +E-mail/Text: dplbk@discover.com Jan 31 2020 03:16:29     Discover Personal Loans,
                 PO Box 30954,    Salt Lake City, UT 84130-0954
13978517       +E-mail/Text: kburkley@bernsteinlaw.com Jan 31 2020 03:16:43     Duquesne Light Company,
                 c/o Peter J. Ashcroft,    Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14007107        E-mail/Text: bankruptcy.bnc@ditech.com Jan 31 2020 03:15:24     GREEN TREE SERVICING LLC,
                 P.O. BOX 6154,    RAPID CITY SD, 57709-6154,   888-298-7785
13979277        E-mail/Text: bankruptcy.bnc@ditech.com Jan 31 2020 03:15:24     Green Tree Servicing LLC,
                 PO BOX 6154,   Rapid City, SD 57709-6154,   Telephone # 888-298-7785
13978484        E-mail/Text: bankruptcy.bnc@ditech.com Jan 31 2020 03:15:24     Green Tree Servicing, LLC,
                 P.O. Box 6154,   Rapid City, SD 57709-6154
13920863        E-mail/Text: bankruptcy.bnc@ditech.com Jan 31 2020 03:15:24     Green Tree Servicing, LLC,
                 PO Box 0049,   Palatine, Illinois 60055-0049
13985016        E-mail/PDF: pa_dc_claims@navient.com Jan 31 2020 03:18:52
                 Navient Solutions Inc. on behalf of,    Department of Education Services,   P.O. Box 9635,
                 Wilkes-Barre PA. 18773-9635
13977373        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 31 2020 03:17:42
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
13920865        E-mail/PDF: gecsedi@recoverycorp.com Jan 31 2020 03:18:41     PayPal Credit Services/SYNCB,
                 PO Box 960080,    Orlando, FL 32896-0800
13920866        E-mail/PDF: gecsedi@recoverycorp.com Jan 31 2020 03:17:33     TJX Rewards MasterCard/SYNCB,
                 PO Box 530949,    Atlanta , GA 30353-0949
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr              DITECH FINANCIAL LLC
cr              Duquesne Light Company
cr              Pittsburgh Water & Sewer Authority
13920861        Ford Credit
13920862        Green Tree
```

```
District/off: 0315-2          User: jfur              Page 2 of 2             Date Rcvd: Jan 30, 2020
                              Form ID: 408            Total Noticed: 35

13920859*        Discover Card,   PO Box 6103,   Carol Stream, Illinois 60197-6103
                                                                               TOTALS: 6, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2020 at the address(es) listed below:

```
        Francis E. Corbett    on behalf of Joint Debtor Nicole M. Seddon fcorbett@fcorbettlaw.com,
         fcorbett7@gmail.com
        James Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
        Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
         cnoroski@grblaw.com
        Jerome B. Blank    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com
        Kevin M Buttery    on behalf of Creditor    Ditech Financial LLC kbuttery@rascrane.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
         ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        Sindi  Mncina    on behalf of Creditor    Ditech Financial LLC smncina@rascrane.com
                                                                               TOTAL: 9
```