**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>NICOLE M SEDDON<br><br>           Debtor(s)<br><br>Ronda J. Winnecour<br>  Chapter 13 Trustee,<br>        Movant<br>        vs.<br>No Respondents. | Case No.:14-23708 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

    **Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.

| | |
|---|---|
| January 28, 2020 | /s/  Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/12/2014 and confirmed on 10/16/14 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 120,525.50 |
| Less Refunds to Debtor | 1,615.70 | |
| TOTAL AMOUNT OF PLAN FUND | | 118,909.80 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,500.00 | |
|    Trustee Fee | 4,885.25 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,385.25 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   BANK OF AMERICA NA** | 0.00 | 9,641.00 | 0.00 | 9,641.00 |
|     Acct: 6185 | | | | |
|   NEW REZ LLC D/B/A SHELLPOINT MORT | 0.00 | 63,114.76 | 0.00 | 63,114.76 |
|     Acct: 5121 | | | | |
|   BANK OF AMERICA NA** | 318.77 | 318.77 | 0.00 | 318.77 |
|     Acct: 6185 | | | | |
|   GREEN TREE SERVICING LLC(*) | 79.31 | 79.31 | 0.00 | 79.31 |
|     Acct: 1223 | | | | |
|   PITTSBURGH WATER & SEWER AUTHOR | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: J120 | | | | |
|   PITTSBURGH WATER & SEWER AUTHOR | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: J120 | | | | |
|   FORD MOTOR CREDIT COMPANY LLC(*) | 0.00 | 28,476.00 | 0.00 | 28,476.00 |
|     Acct: 0003 | | | | |
|   FORD MOTOR CREDIT COMPANY LLC(*) | 3,232.98 | 3,232.98 | 0.00 | 3,232.98 |
|     Acct: 8214 | | | | |
|   FORD MOTOR CREDIT COMPANY LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8214 | | | | |
|   FORD MOTOR CREDIT COMPANY LLC(*) | 452.00 | 452.00 | 0.00 | 452.00 |
|     Acct: 0003 | | | | |
| | | | | 105,314.82 |
| **Priority** | | | | |
|   FRANCIS E CORBETT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NICOLE M SEDDON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NICOLE M SEDDON | 1,041.50 | 1,041.50 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NICOLE M SEDDON | 574.20 | 574.20 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FRANCIS E CORBETT ESQ | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FRANCIS E CORBETT ESQ | 500.00 | 500.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXX4-19 | | | | |
| CLERK, U S BANKRUPTCY COURT | 25.84 | 25.84 | 0.00 | 25.84 |
| Acct: XXXXXXXK NA | | | | |
| | | | | 25.84 |
| **Unsecured** | | | | |
| DUQUESNE LIGHT COMPANY* | 152.91 | 4.91 | 0.00 | 4.91 |
| Acct: 7123 | | | | |
| NATIONAL COLLEGIATE STUDENT LOAN | 5,682.04 | 182.48 | 0.00 | 182.48 |
| Acct: 7123 | | | | |
| CITIBANK NA(*)++ | 804.57 | 0.00 | 0.00 | 0.00 |
| Acct: 3505 | | | | |
| CHASE/JPMORGAN CHASE(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1192 | | | | |
| CHASE/JPMORGAN CHASE(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8389 | | | | |
| ECAST SETTLEMENT CORP | 11,410.74 | 366.46 | 0.00 | 366.46 |
| Acct: 4994 | | | | |
| CREDIT FIRST NA* | 1,474.49 | 47.35 | 0.00 | 47.35 |
| Acct: 3264 | | | | |
| NAVIENT SOLUTIONS LLC O/B/O US DEP | 103,430.26 | 3,321.68 | 0.00 | 3,321.68 |
| Acct: 7123 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 2,143.78 | 68.85 | 0.00 | 68.85 |
| Acct: 9150 | | | | |
| DISCOVER BANK(*) | 14,711.29 | 472.46 | 0.00 | 472.46 |
| Acct: 7903 | | | | |
| DISCOVER PERSONAL LOANS** | 18,646.62 | 598.84 | 0.00 | 598.84 |
| Acct: 0356 | | | | |
| DISCOVER BANK(*) | 229.12 | 7.36 | 0.00 | 7.36 |
| Acct: 4874 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 395.57 | 12.71 | 0.00 | 12.71 |
| Acct: 2364 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 2,884.28 | 92.63 | 0.00 | 92.63 |
| Acct: 3413 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 253.91 | 8.16 | 0.00 | 8.16 |
| Acct: 1052 | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GILBERT B WEISMAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEROME BLANK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 5,183.89 |

TOTAL PAID TO CREDITORS                                                     110,524.55

|  |  |
|---|---:|
| TOTAL |  |
| CLAIMED | 25.84 |
| PRIORITY | 4,083.06 |
| SECURED | 162,219.58 |

Date: 01/28/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>   NICOLE M SEDDON<br><br>            Debtor(s)<br><br>   Ronda J. Winnecour<br>         Movant<br>         vs.<br>   No Repondents. | Case No.:14-23708 JAD<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                                      BY THE COURT:

                                                                      U.S. BANKRUPTCY JUDGE

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania
In re:                                                                  Case No. 14-23708-JAD
Nicole M. Seddon                                                        Chapter 13
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0315-2          User: jfur                  Page 1 of 2                  Date Rcvd: Jan 30, 2020
                              Form ID: pdf900             Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2020.
jdb            +Nicole M. Seddon,    2403 High Oak Drive,    Pittsburgh, PA 15220-3916
r              +Frankie Jo Kunselman,    Howard Hanna Real Estate Services,     180 Fort Couch Road,
                 Pittsburgh, PA 15241-1041
cr             +New Residential Mortgage LLC,    P.O. Box 9013,    Addison, TX 75001-9013
cr              NewRez LLC d/b/a Shellpoint Mortgage Servicing,    PO Box 10826,    Greenville, SC 29603-0826
cr              eCAST Settlement Corporation,    POB 29262,    New York, NY 10087-9262
13920851        American Education Services,    PO Box 2461,    Harrisburg, Pennsylvania 17105-2461
14829134       +Bank of America, N.A.,    P.O. Box 31785,    Tampa, FL 33631-3785
13920852        Best Buy,    PO Box 780443,    St. Louis , Missouri 63179
13920853        Chase Freedom,    PO Box 15153,   Wilmington, Delaware 19886-5153
13920854        CitiCards,    PO Box 6062,   Sioux Falls, South Dakota 57117-6062
13976039       +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
13979931       +Credit First NA,    PO Box 818011,   Cleveland, OH 44181-8011
13920855        Credit First, NA,    PO Box 81344,   Cleveland, OH 44188-0344
13920856        Department of Education Loan Services,    PO Box 74051,    Atlanta, GA 30374-0351
13973494        ECAST SETTLEMENT CORPORATION, ASSIGNEE,    OF CITIBANK, N.A.,    POB 29262,
                 NEW YORK, NY 10087-9262
13938425      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit Company LLC,     P. O. Box 62180,
                 Colorado Springs, CO 80962)
13920860        Ford Credit,    PO Box 220564,   Pittsburgh, Pennsylvania 15257-2564
13979722       +National Collegiate Student Loan Trust-2006-2,    Po Box 4275,    Norcross, GA 30091-4275
15184852        NewRez LLC d/b/a Shellpoint Mortgage,    Servicing,    PO Box 10826,
                 Greenville, South Carolina 29603-0826
13920864        Old Navy Vise/Syncb,    PO Box 960017,   Orlando, FL 32896-0017
13960085       +Pittsburgh Water & Sewer Authority,    c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bankruptcy.bnc@ditech.com Jan 31 2020 03:15:24      Ditech Financial LLC,
                 Ditech Financial LLC,    1400 Turbine Drive Suite 200,   Rapid City, SD  57703,   US 57703-4719
13920857        E-mail/PDF: gecsedi@recoverycorp.com Jan 31 2020 03:18:37      Dick's Sporting Goods,
                 Synchrony Bank/DSG,    PO Box 960012,   Orlando, FL 32896-0012
13923142        E-mail/Text: mrdiscen@discover.com Jan 31 2020 03:15:14      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,   New Albany, OH  43054-3025
13920858        E-mail/Text: mrdiscen@discover.com Jan 31 2020 03:15:14      Discover Card,    PO Box 6103,
                 Carol Stream, Illinois 60197-6103
13924940       +E-mail/Text: dplbk@discover.com Jan 31 2020 03:16:29      Discover Personal Loans,
                 PO Box 30954,    Salt Lake City, UT 84130-0954
13978517       +E-mail/Text: kburkley@bernsteinlaw.com Jan 31 2020 03:16:41      Duquesne Light Company,
                 c/o Peter J. Ashcroft,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14007107        E-mail/Text: bankruptcy.bnc@ditech.com Jan 31 2020 03:15:24      GREEN TREE SERVICING LLC,
                 P.O. BOX 6154,   RAPID CITY SD, 57709-6154,    888-298-7785
13979277        E-mail/Text: bankruptcy.bnc@ditech.com Jan 31 2020 03:15:24      Green Tree Servicing LLC,
                 PO BOX 6154,    Rapid City, SD 57709-6154,    Telephone # 888-298-7785
13978484        E-mail/Text: bankruptcy.bnc@ditech.com Jan 31 2020 03:15:24      Green Tree Servicing, LLC,
                 P.O. Box 6154,    Rapid City, SD 57709-6154
13920863        E-mail/Text: bankruptcy.bnc@ditech.com Jan 31 2020 03:15:24      Green Tree Servicing, LLC,
                 PO Box 0049,    Palatine, Illinois 60055-0049
13985016        E-mail/PDF: pa_dc_claims@navient.com Jan 31 2020 03:17:44
                 Navient Solutions Inc. on behalf of,    Department of Education Services,    P.O. Box 9635,
                 Wilkes-Barre PA. 18773-9635
13977373        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 31 2020 03:18:14
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
13920865        E-mail/PDF: gecsedi@recoverycorp.com Jan 31 2020 03:18:37      PayPal Credit Services/SYNCB,
                 PO Box 960080,    Orlando, FL 32896-0800
13920866        E-mail/PDF: gecsedi@recoverycorp.com Jan 31 2020 03:18:38      TJX Rewards MasterCard/SYNCB,
                 PO Box 530949,    Atlanta , GA 30353-0949
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr              DITECH FINANCIAL LLC
cr              Duquesne Light Company
cr              Pittsburgh Water & Sewer Authority
13920861        Ford Credit
13920862        Green Tree
```

```
District/off: 0315-2          User: jfur              Page 2 of 2             Date Rcvd: Jan 30, 2020
                              Form ID: pdf900         Total Noticed: 35

13920859*        Discover Card,    PO Box 6103,    Carol Stream, Illinois 60197-6103
                                                                              TOTALS: 6, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2020 at the address(es) listed below:
```
          Francis E. Corbett    on behalf of Joint Debtor Nicole M. Seddon fcorbett@fcorbettlaw.com,
           fcorbett7@gmail.com
          James Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jerome B. Blank    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com
          Kevin M Buttery    on behalf of Creditor    Ditech Financial LLC kbuttery@rascrane.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Sindi  Mncina    on behalf of Creditor    Ditech Financial LLC smncina@rascrane.com
                                                                                             TOTAL: 9
```